**92–2565.** State v. Scudder. *Franklin County,* No. 91AP–506. On motion to dismiss. Motion denied.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT and F.E. SWEENEY , JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

**93–147.** State ex rel. Wandling v. Wray. *Franklin County,* No. 92AP–383. On request for oral argument. Request denied.

**93–641.** State ex rel. McGee v. Indus. Comm. *Franklin County,* No. 92AP–14. On request for oral argument. Request denied.

**93–799.** State ex rel. Burma Farms, Inc. v. Indus. Comm. *Franklin County,* No. 92AP–76. On request for oral argument. Request denied.

**93–868.** State ex rel. Jarrett v. Indus. Comm. *Franklin County,* No. 91AP–1424. On motion to strike. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

**93–942.** Nationwide Ins. Co. v. Estate of Kollstedt. *Butler County,* No. CA92–06–101. On motion for leave to file record and brief instanter. Motion granted.

F.E. SWEENEY, J., dissents.

On motions to dismiss. Motions denied.

F.E. SWEENEY, J., dissents.

**93–1098.** State v. Gill. *Franklin County,* No. 92AP–945. On motion for leave to file *amicus* of Central Ohio Association of Criminal Defense Lawyers. Motion granted.

**93–1329.** Dellenbach v. Robinson. *Franklin County,* No. 92AP–884. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**93–2012.** State ex rel. Beacon Journal Publishing Co. v. Akron. *Summit County,* No. 15872. On request for oral argument. Request granted.

WRIGHT, J., not participating.

**93–2162.** State v. Laguta. *Cuyahoga County,* No. 63469. On request to waive filing requirement of appendix and motion to produce/transmit record. Request and motion granted.

MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.

**93–2546.** State v. Rogers. *Butler County,* No. CA93–01–015. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–2574.** Lopane v. Akron City Hosp. *Summit County,* No. 16157. On motion for leave to file notice of appeal instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–2578.** State v. Comer. *Summit County,* No. 16149. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.